UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CHRISTOPHER RICHARD HERRING, | : | |
| | : | |
| Petitioner, | : | Civ. No. 23-21218 (RBK) |
| | : | |
| v. | : | |
| | : | |
| UNKNOWN RESPONDENT, | : | **MEMORANDUM & ORDER** |
| | : | |
| Respondent. | : | |

Petitioner is a federal prisoner incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was recently transferred to this Court from the United States District Court for the Eastern District of North Carolina given that Plaintiff is currently incarcerated in this District. (*See* ECF 2).

Initially, the Clerk listed the named Respondent as "Unnamed Respondent." The proper respondent though in this action is the warden where Petitioner is confined. *See, e.g.*, *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004). Therefore, the Clerk will be ordered to replace the name of the Respondent in this case with "Warden, F.C.I. Fort Dix."

Petitioner's habeas petition though did not include an application to proceed *in forma pauperis* nor did it include a prepaid $5.00 filing fee. Therefore, this case is administratively terminated. *See* L. Civ. R. 54.3(a). Petitioner shall have the opportunity to reopen this action should he so choose.

Accordingly, IT IS on this 7th day of November, 2023,

ORDERED that the Clerk shall change the name of the Respondent in this case to "Warden, F.C.I. Fort Dix"; and it is further

ORDERED that the Clerk shall administratively terminate this case; Petitioner is informed that administrative termination is not a "dismissal" for purposes of a statute of limitations, and that if the case is reopened, it is not subject to a statute of limitations time bar if it was originally filed timely, see *Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (3d Cir. 2013) (distinguishing administrative terminations from dismissals); and it is further

ORDERED if Petitioner wishes to reopen this case, he shall so notify this Court in writing within thirty (30) days of the date of entry of this memorandum and order; Petitioner's writing shall include either the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case and either the $5.00 filing fee or a complete application to proceed *in forma pauperis*, the Clerk will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve upon Petitioner by regular U.S. mail: (1) a copy of this memorandum and order; (2) a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case; and (3) a blank form for a petition for a writ of habeas corpus pursuant to § 2241 (AO 242 (12/11)) should Petitioner elect to file his pending habeas petition on the updated form provided by the Clerk.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge